UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JASON R. MOULTON,

    Plaintiff,

v.                                                      CASE NO. 3:11-cv-382-J-37JBT

CARLA DESUE *et al.*,

    Defendants.
_____/

## AMENDED ORDER TO SHOW CAUSE
### (As to Hearing Time Only)

**THIS CAUSE** is before the Court on the Unopposed Motion to Withdraw Counsel's Appearance for Amanda Mixon ("Motion") (Doc. 56). The Motion seeks the entry of an order approving the withdrawal of Attorney Jeannette M. Andrews, Esq. from further representation of Defendant Mixon due to Ms. Mixon's "failure to communicate and cooperate with counsel in her defense." (*Id*. at 1.)

Ms. Andrews states in the Motion that she has engaged in extensive efforts to communicate with Ms. Mixon and has provided notice of intent to withdraw. (*Id*. at 1-3.) Ms. Andrews certifies that opposing counsel do not oppose the Motion. (*Id*. at 3.) However, it is unknown whether Ms. Mixon opposes the Motion.

Accordingly, it is **ORDERED**:

1.    A hearing on the Motion is hereby scheduled to take place on **July 11, 2012, at 3:00 p.m.** at the United States Courthouse, Courtroom 5A, 300 North

Hogan Street, Jacksonville, Florida, before the undersigned.[1]  At this hearing, Ms. Amanda Mixon shall appear in person and show cause why the Motion should not be granted.  Attorneys may appear telephonically at the hearing.  Ms. Jeannette M. Andrews shall initiate the telephone conference call first by calling other counsel and then conferencing the Court's telephone number:  (904) 301-6814.  If any attorney so desires, he or she may attend the hearing in person.

2. Ms. Jeannette M. Andrews shall forthwith serve a copy of this Order on Ms. Amanda Mixon and file a certificate verifying such service.  Ms. Andrews should be prepared to disclose Ms. Mixon's last known address and other contact information to the Court at the hearing.

3. The Motion (**Doc. 56**) is **TAKEN UNDER ADVISEMENT**.

**DONE AND ORDERED** at Jacksonville, Florida, on June 27, 2012.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record

---

[1] Photo identification is required to enter the United States Courthouse.  Cellular telephones and laptop computers are prohibited in the Courthouse.  *See* M.D. Fla. R. 4.11(b).