IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO.: 3:11-cv-000382-RBD-JBT

JASON R. MOULTON, as Personal Representative
of the Estate of TIA MARIE SLOAMA RITCH,
deceased,

    Plaintiff,

v.

CARLA DESUE, in her individual capacity,
as Bradford County Sheriff's Correctional
Officer; AMANDA MIXON, in her individual
capacity, as Bradford County Sheriff's Correctional
Officer; CHARLES HENDRIX, in his individual
capacity, as Bradford County Sheriff's Correctional
Officer; LANCE HOLLINGSWORTH, in his
individual capacity, as Bradford County Sheriff's
Correctional Officer; KAREN KINDER, in her
individual capacity, as Bradford County Sheriff's
Correctional Nurse; and GORDON SMITH, in
his official Capacity as Bradford County Sheriff,

    Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF COMPLIANCE
## WITH AMENDED ORDER TO SHOW CAUSE

Counsel for Defendants, DeSue, Hollingsworth, Mixon, and Sheriff Gordon Smith, hereby gives notice of complying with this Court's Amended Order to Show Cause (Doc 59) by serving a copy of the Amended Order to Show Cause and the Motion to Withdraw as Counsel on Defendant, Amanda Mixon both via U.S. Mail and Email on July 28, 2012.

    ANDREWS, CRABTREE, KNOX & ANDREWS, LLP

    *Jeannette M. Andrews*
    Jeannette M. Andrews, FBN: 0352896
    Post Office Box 12800
    Tallahassee, Florida  32317-2800
    850-297-0090 / 850-297-0219 facsimile
    Attorneys for Defendants, Sheriff, DeSue, Mixon,
    And Hollingsworth

2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email and U.S. Mail this 28th day of June, 2012 to:

Daniel Soloway, Esq.
Soloway Law Firm
1013 Airport Road
Pensacola, Florida 32504

Bruce Bogan, Esq.
Hilyard, Bogan & Palmer, P.A.
105 East Robinson Street
Suite 201
Orlando, Florida 32801

              *Jeannette M. Andrews*
              Jeannette M. Andrews